In the Matter of the Petition of EDNA N. SCHWARZ to Declare Vacant the Trusteeship of KABUSHIKI KAISHA MITSUI GINKO (in English, The MITSUI BANK, LIMITED), as Trustee under an Indenture of Trust between It and TOKYO DENTO KABUSHIKI KAISHA (in English, TOKYO ELECTRIC LIGHT COM-

PANY, LIMITED), Dated May 15, 1928, and for the Appointment of a Successor Trustee.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 999.]